FILED
ADMINISTRATIVE MATTER

2011 OCT 26 AM 10: 54

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## GENERAL ORDER NO. 2011-27
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| REASSIGNMENT OF MDL 1490 IN RE: COMMERCIAL MONEY CENTER, INC. | ORDER NO. 2011-27 |

Judge Kathleen M. O'Malley. has been the presiding judge for MDL 1490 In re: Commercial Money Center Inc., first as a district judge for the Northern District of Ohio and then continuing to work on the matter while sitting by designation in the Northern District of Ohio following her elevation to the Court of Appeals for the Federal Circuit in December, 2010.

In the interest of justice, for the convenience of the parties, and upon the agreement of Judges O'Malley and Judge James G. Carr, MDL 1490 is hereby reassigned to Judge Carr.

**IT IS SO ORDERED.**

For the Court

*Solomon Oliver, Jr.*

Solomon Oliver, Jr.
Chief Judge
United States District Court